UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INDYMAC BANK, FSB. | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BOGDAN GANESCU, et al., | ) | No.  08 C 272 |
| | ) | Judge Moran |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## UNITED STATES' MOTION TO DISMISS FORECLOSURE CASE

The United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois and pursuant to Rule 12(b)(1), Fed. Rules Civil Proc., moves to dismiss this mortgage foreclosure case.  In support thereof, the United States submits the attached memorandum of law.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


/s/ Joel Nathan
JOEL NATHAN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8449