

### Dorothy Brown
# Clerk of the Circuit Court
### Cook County

Case Information Summary for Case Number
2007-CH-36313

Filing Date: 12/10/2007
Division: Chancery Division
Ad Damnum: $0.00

Case Type: MORTGAGE FORECLOSURE
District: First Municipal
Calendar: 56

### Party Information

**Plaintiff(s)**
INDYMAC BANK

**Attorney(s)**
NEVEL IRA T
175 N FRANKLIN #201
CHICAGO IL, 60606
(312) 357-1125

MORTGAGE ELECTRONIC REGIS

MORTGAGE GALLERY INC

**Date of Service**  **Defendant(s)**
BOGDAN GANESCU

CITIBANK FSB

CITIBANK NA

HARRIS NA

MORTGAGE ELECTRONIC REGIS

NONRECORD CLAIMANTS

**Attorney(s)**


GOVERNMENT EXHIBIT A

SANCTUARY ARLINGTON HEIGHT

UNITED STATES AMERICA

UNKNOWN OWNERS

UNKNOWN TENANTS

### Case Activity

Activity Date: 12/10/2007                                         Participant: INDYMAC BANK

MORTGAGE FORECLOSURE COMPLAINT FILED

Court Fee: 294.00                                         Attorney: NEVEL IRA T


Activity Date: 12/10/2007                                         Participant: INDYMAC BANK

AFFIDAVIT AS TO MILITARY SERVICE FILED

Attorney: NEVEL IRA T


Activity Date: 12/10/2007                                         Participant: INDYMAC BANK

AFFIDAVIT AS TO UNKNOWN OWNERS FILED

Attorney: NEVEL IRA T


Activity Date: 12/15/2007                                         Participant: INDYMAC BANK

CASE SET ON CASE MANAGEMENT CALL

Court Date: 5/12/2008                         Judge: QUINN CAROLYN G
Court Time: 0900                              Attorney: NEVEL IRA T
Court Room: 2808

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

Return to Search Page