

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Doc#: 0703322004 Fee: $26.00
Eugene "Gene" Moore
Cook County Recorder of Deeds
Date: 02/02/2007 08:50 AM Pg: 1 of 2

| | |
|---|---|
| IN RE ) | |
| ) | |
| GRAND JURY INVESTIGATION ) | |
| ) No. 04 GJ 1008 | |

## LIS PENDENS NOTICE

TO ALL WHOM IT MAY CONCERN:

NOTICE IS HEREBY GIVEN that on February 1, 2007, an order was entered in the United States District Court for the Northern District of Illinois by Acting Chief Judge Matthew F. Kennelly, affecting title to real property and directing the filing of a lis pendens notice.

The purpose of this order is to preserve the availability of certain real property for forfeiture to the United States, pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 21, United States Code, Section 2461(c). The real property is commonly known as 2234 South Goebbert Road, Unit 419, Arlington Heights, Illinois, more particularly described as:



UNIT 419 IN THE SANCTUARY OF ARLINGTON HEIGHTS CONDOMINIUM AS DELINEATED ON THE SURVEY OF THE FOLLOWING DESCRIBED PROPERTY:

PART OF LOT 1 IN MARCY'S FOREST VIEW SUBDIVISION, BEING A SUBDIVISION OF THE EAST ½ OF THE SOUTH ½ OF THE SOUTHWEST ¼ OF THE NORTHWEST ¼ OF SECTION 15, TOWNSHIP 41 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED OCTOBER 27, 1964 AS DOCUMENT 19286341, WHICH SURVEY IS ATTACHED AS EXHIBIT "C" TO THE DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 0411231052, IN COOK COUNTY, ILLINOIS, AS AMENDED FROM TIME TO TIME, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS.

PIN: 08-15-103-036.

Further information concerning this action may be obtained from the undersigned Assistant United States Attorney.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
BRIAN HAYES
STEVEN J. DOLLEAR
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

To be returned to:

United States Attorney's Office
Attn: Katie Miller
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604