UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED
MAR - 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **JUDGE DARRAH** |
| ADRIAN FLORIN FECHETE, ) | |
|   also known as "Adi," ) | |
| RAIMONDORAY CERNA, ) | No. 06 CR 923 |
|   also known as "Raimondo," ) | **MAGISTRATE JUDGE VALDEZ** |
| AIDA SALEM, ) | |
|   also known as "Tony," "Abdullah," ) | Violations: Title 18, United States |
|   and "Marian Curelaru," ) | Code, Sections 1028A(a)(1), 1343, |
| GABRIEL CONSTANTIN, ) | and 2. |
| ADRIAN IANC, ) | |
| MIHAI BLEDEA, ) | |
| GARY MICHAEL SCHNEIDER, ) | |
| JESSIE VEGA, ) | |
| MIHAIL EUGEN HANN, ) | |
|   also known as "Copilu" ) | |
|   also known as "Daniel Neamtu," ) | |
| IGOR ASLAN, ) | |
| IOAN MOLOMAN, ) | |
| BOGDAN GANESCU, ) | |
|   also known as "Boogy," ) | |
| MARIAN ALEXANDRU, ) | |
|   also known as "Pantera," ) | |
| RADU RIZESCU, ) | |
| GIANINA SIMON, ) | |
| CRISTIAN BENTAN, ) | |
| CONSTANTIN REMUS LUCAN, ) | |
|   also known as "Dorel," ) | |
| STEFAN LAURENTIU DUMITRU, ) | |
|   also known as "Tica," ) | |
|   also known as "Tudor Silviu ) | |
|     Macovei," ) | |
| MUSZKA LADISLAU, ) | |
| MIHAI PANAITESCU, and ) | |
| LUCIAN NANAU, ) | |
|   also known as "Scarface" ) | |



GOVERNMENT EXHIBIT

**PAGES BETWEEN 2 & 16 NOT INCLUDED IN THE EXHIBIT.**

## COUNT FIFTY-TWO

The SPECIAL DECEMBER 2005 GRAND JURY further charges:

On or about February 8, 2005, at Chicago, in the Northern District of Illinois, Eastern Division,

### AIDA SALEM,

defendant herein, did knowingly possess, without lawful authority, a means of identification of another person, namely, an Illinois driver's license, no. C640-1607-1089, issued to Individual DC, during and in relation to the wire fraud offense described in Count Seven of this indictment;

In violation of Title 18, United States Code Section 1028A(a)(1).

## FORFEITURE ALLEGATION

The SPECIAL DECEMBER 2005 GRAND JURY further charges:

1. The allegations contained in Counts Thirty-Four through Thirty-Nine of this Indictment are realleged and incorporated herein by reference for the purpose of alleging that certain property is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. As a result of their violations of Title 18, United States Code, Section 1343, as alleged in the foregoing Indictment,

> BOGDAN GANESCU, and
> GIANINA SIMON,

defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section, 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all right, title and interest in property, real and personal, which constitutes and is derived from proceeds traceable to the charged offense(s).

3. The interests of the defendants subject to forfeiture pursuant to Title 18, United States Code, Section, 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) include but are not limited to funds in the amount of $250,000, and the following property:

   (a) Real property located at 675 Grove Terrace Drive, Unit 308, Elk Grove Village, Illinois, legally described as:

   > UNIT NUMBER 675-308 IN THE TWELVE OAKS
   > CONDOMINIUM AT ELK GROVE, AS DELINEATED ON A

> PLAT OF SURVEY OF THE FOLLOWING DESCRIBED TRACT OF LAND:
>
> PART OF THE SOUTH ¾ OF THE WEST ½ OF THE EAST ½ OF THE NORTHWEST ¼ AND PART OF THE WEST ½ OF THE NORTHEAST ¼ OF THE SOUTHWEST ¼ OF SECTION 27, TOWNSHIP 41 NORTH, RANGE 11 EAST OF THE THIRD PRINCIPAL MERIDIAN; WHICH PLAT OF SURVEY IS ATTACHED AS EXHIBIT "C" TO THE DECLARATION OF CONDOMINIUM RECORDED ON NOVEMBER 24, 2003 AS DOCUMENT NUMBER 0332819177; TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS IN COOK COUNTY, ILLINOIS
>
> PIN: 08-27-102-125-1135;

(b) Real property located at 902 South Chatham Avenue, Addison, Illinois, legally described as:

> LOT 1 IN FIRESIDE CONSTRUCTION COMPANY'S CHATHAM AVENUE RESUBDIVISION OF LOT 16 IN BLECKE'S RESUBDIVISION IN ADDISON TOWNSHIP SUPERVISOR'S ASSESSMENT PLAT NO. 4, BEING IN THE WEST ½ OF THE SOUTHWEST 1/4 OF SECTION 34, TOWNSHIP 40 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED MARCH 4, 2005 AS DOCUMENT NUMBER 2005R043993, DUPAGE COUNTY, ILLINOIS
>
> PIN: 03-34-301-054; and

(c) Real property located at 2234 South Goebbert Road, Unit 419, Arlington Heights, Illinois, legally described as:

> UNIT 419 IN THE SANCTUARY OF ARLINGTON HEIGHTS CONDOMINIUM AS DELINEATED ON THE SURVEY OF THE FOLLOWING DESCRIBED PROPERTY:
>
> PART OF LOT 1 IN MARCY'S FOREST VIEW SUBDIVISION, BEING A SUBDIVISION OF THE EAST ½ OF THE SOUTH ½ OF THE SOUTHWEST ¼ OF THE NORTHWEST ¼ OF

SECTION 15, TOWNSHIP 41 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED OCTOBER 27, 1964 AS DOCUMENT 19286341, WHICH SURVEY IS ATTACHED AS EXHIBIT "C" TO THE DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 0411231052, IN COOK COUNTY, ILLINOIS, AS AMENDED FROM TIME TO TIME, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS

PIN: 08-15-103-036.

4. If any of the property subject to forfeiture and described above, as a result of any act or omission of the defendants:

(a) Cannot be located upon the exercise of due diligence;

(b) Has been transferred or sold to, or deposited with, a third party;

(c) Has been placed beyond the jurisdiction of the Court;

(d) Has been substantially diminished in value; or

(e) Has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property, under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

*Patrick J. Fitzgerald, by DMS*
UNITED STATES ATTORNEY