FILED 

JUN 2 8 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| ADRIAN FLORIN FECHETE, | ) |
| also known as "Adi," | ) |
| RAIMONDORAY CERNA, | ) |
| also known as "Raimondo," | ) |
| AIDA SALEM, | ) |
| also known as "Tony," "Abdullah," | ) |
| and "Marian Curelaru," | ) |
| GABRIEL CONSTANTIN, | ) |
| MIHAI BLEDEA, | ) |
| MIHAIL EUGEN HANN, | ) |
| also known as "Copilu" | ) |
| also known as "Daniel Neamtu," | ) |
| IOAN MOLOMAN, | ) |
| BOGDAN GANESCU, | ) |
| also known as "Boogy," | ) |
| MARIAN ALEXANDRU, | ) |
| also known as "Pantera," | ) |
| GIANINA SIMON, | ) |
| CRISTIAN BENTAN, | ) |
| CONSTANTIN REMUS LUCAN, | ) |
| also known as "Dorel," | ) |
| STEFAN LAURENTIU DUMITRU, | ) |
| also known as "Tica," | ) |
| also known as "Tudor Silviu | ) |
| Macovei,"and | ) |
| LUCIAN NANAU, | ) |
| also known as "Scarface" | ) |

JUDGE JOHN W DARRAH

MAGISTRATE JUDGE VALDEZ

No.  06 CR 923

Violations:  Title 18, United States
Code, Sections 1028A(a)(1), 1343,
1956(h), 2315, and 2.

SUPERSEDING  INDICTMENT

## COUNTS ONE THROUGH SIXTY-ONE

The SPECIAL DECEMBER 2005 GRAND JURY charges:

1.    At times relevant to this indictment:

    a.    Internet auctions sites, such as eBay, and other internet-based



PAGES BETWEEN 2 & 24 NOT INCLUDED
IN THE EXHIBIT.

## FORFEITURE ALLEGATION

The SPECIAL DECEMBER 2005 GRAND JURY further charges:

1.    The allegations contained in Counts Forty-One through Forty-Eight of this Indictment are realleged and incorporated herein by reference for the purpose of alleging that certain property is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.    As a result of their violations of Title 18, United States Code, Section 1343, as alleged in the foregoing Indictment,

BOGDAN GANESCU, and
GIANINA SIMON,

defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section, 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all right, title and interest in property, real and personal, which constitutes and is derived from proceeds traceable to the charged offense(s).

3.    The interests of the defendants subject to forfeiture pursuant to Title 18, United States Code, Section, 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) include but are not limited to funds in the amount of $250,000, and the following property:

(a)    Real property located at 902 South Chatham Avenue, Addison, Illinois, legally described as:

LOT 1 IN FIRESIDE CONSTRUCTION COMPANY'S
CHATHAM AVENUE RESUBDIVISION OF LOT 16 IN
BLECKE'S RESUBDIVISION IN ADDISON TOWNSHIP
SUPERVISOR'S ASSESSMENT PLAT NO. 4, BEING IN THE

WEST ½ OF THE SOUTHWEST 1/4 OF SECTION 34, TOWNSHIP 40 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED MARCH 4, 2005 AS DOCUMENT NUMBER 2005R043993, DUPAGE COUNTY, ILLINOIS

PIN:  03-34-301-054; and

(b)     Real property located at 2234 South Goebbert Road, Unit 419,

Arlington Heights, Illinois, legally described as:

UNIT 419 IN THE SANCTUARY OF ARLINGTON HEIGHTS CONDOMINIUM AS DELINEATED ON THE SURVEY OF THE FOLLOWING DESCRIBED PROPERTY:

PART OF LOT 1 IN MARCY'S FOREST VIEW SUBDIVISION, BEING A SUBDIVISION OF THE EAST ½ OF THE SOUTH ½ OF THE SOUTHWEST ¼ OF THE NORTHWEST ¼ OF SECTION 15, TOWNSHIP 41 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED OCTOBER 27, 1964 AS DOCUMENT 19286341, WHICH SURVEY IS ATTACHED AS EXHIBIT "C" TO THE DECLARATION OF CONDOMINIUM RECORDED AS DOCUMENT 0411231052, IN COOK COUNTY, ILLINOIS, AS AMENDED FROM TIME TO TIME, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS

PIN:  08-15-103-036.

4.     If any of the property subject to forfeiture and described above, as a result of any act or omission of the defendants:

(a)     Cannot be located upon the exercise of due diligence;

(b)     Has been transferred or sold to, or deposited with, a third party;

(c)     Has been placed beyond the jurisdiction of the Court;

(d)     Has been substantially diminished in value; or

- 26 -

(e)    Has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property, under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:


_____

FOREPERSON


_____

UNITED STATES ATTORNEY