UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INDYMAC BANK, FSB. | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 272 |
| | ) | Judge Moran |
| BOGDAN GANESCU, et al., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **February 12, 2008**, at **9:00 a.m.** the undersigned will appear before **Judge James B. Moran** in **Courtroom 1843** or such other courtroom usually occupied by him, in the Everett McKinley Dirksen Building, **219 South Dearborn Street, Chicago, Illinois**, or before such other judge who may be sitting in his place and stead, and then and there present

**THE UNITED STATES' MOTION TO DISMISS FORECLOSURE CASE**

**and**

**UNITED STATES' MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS FORECLOSURE CASE**

at which time and place you may appear, if you see fit.

    PATRICK J. FITZGERALD
    United States Attorney

    /s/ Joel Nathan
    JOEL NATHAN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-8449

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**THE UNITED STATES' MOTION TO DISMISS FORECLOSURE CASE**
**and**
**UNITED STATES' MEMORANDUM OF LAW IN SUPPORT OF**
**ITS MOTION TO DISMISS FORECLOSURE CASE**

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on January 16, 2008, to the following non-ECF filers:

Law Offices of Ira T. Nevel
175 N. Franklin, Suite 201
Chicago, IL 60606

Bogdan Ganescu
2234 S. Goebbert Road, Unit 419
Arlington Heights, IL 60005

Mortgage Electronic Registration Systems, Inc.
c/o CT Corporation System
208 S. LaSalle Street
Chicago, IL 60604

Harris, N.A.
111 W. Monroe Street
Chicago, IL 60603

Statman, Harris, Eyrich, LLC
200 W Madison, Ste 3820
Chicago, IL 60606

The Sanctuary of Arlington Heights Condominium Assoc.
2234 S. Goebbert Road
Arlington Heights, IL 60005

Citibank, N.A., f/k/a Citibank, FSB
11800 Spectrum Center Drive
Reston, VA 22090

Steven R Shanin
53 W Jackson, Ste 920
Chicago, IL 60604

/s/ Joel Nathan
JOEL NATHAN
Assistant United States Attorney