UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 08 C 272 |
| | ) | |
| BOGDAN GANESCU, et al | ) | HONORABLE JOHN W. DARRAH |

### NOTICE OF MOTION

TO:  See Attached Service List

On February 27, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John W. Darrah or any judge sitting in his stead, in Courtroom No. 1203 usually occupied by said Judge in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604

THEN AND THERE MOVE THIS HONORABLE COURT FOR ENTRY OF PETITION TO INTERVENE AND ASSERT INTEREST IN REAL ESTATE

LAW OFFICES OF IRA T. NEVEL

Attorney for Intervenor

**THIS IS AN ATTEMPT TO COLLECT A DEBT.   ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

## PROOF OF SERVICE BY MAIL

I, Timothy Yueill, the attorney, certify I served this Notice by mailing a copy to the above listed party/parties at the above listed address(es) and depositing same in the United States Mail at 175 N. Franklin, Chicago, Illinois, at 5:00 p.m. on February 14, 2008 with proper postage prepaid.

Ira T. Nevel

ARDC NO. 006185808
LAW OFFICES OF IRA T. NEVEL
175 NORTH FRANKLIN STREET
SUITE 201
CHICAGO, IL  60606
(312) 357-1125

## SERVICE LIST

BOGDAN GANESCU
2234 S. GOEBBERT ROAD, UNIT 419
ARLINGTON HEIGHTS, IL 60005

HARRIS, NA
111 W. MONROE STREET
CHICAGO, IL 60603

STATMAN, HARIS EYRICH LLC
200 W. MADISON STREET
SUITE 3820
CHICAGO, IL 60606

THE SANTUARY OF ARLINGTON HEIGHTS CONDOMINIUM ASSOC.
2234 S. GOEBBERT ROAD
ARLINGTON HEIGHTS, IL 60005

STEVEN R. SHANIN
53 W. JACKSON STREET
SUITE 920
CHICAGO, IL 60604